[No. 3100-4-III. Division Three. February 28, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
WALTER POCKERT, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 25601, Del Cary Smith, Jr., J.,

entered September 5, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.